COMMONWEALTH of Pennsylvania, Respondent

v.

Sharif EDNEY, Petitioner

No. 535 EAL 2016

Supreme Court of Pennsylvania.

April 4, 2017

## ORDER

PER CURIAM

**AND NOW,** this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Lewis Jerry HARE, Petitioner

No. 914 MAL 2016

Supreme Court of Pennsylvania.

April 4, 2017

## ORDER

PER CURIAM

**AND NOW,** this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Sean AUSTIN, Petitioner

No. 493 EAL 2016

Supreme Court of Pennsylvania.

April 4, 2017

## ORDER

PER CURIAM

**AND NOW,** this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**